# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MEGAN PONTON, f/k/a MEGAN LAURO Individually and as Next Friend of M.L., a Minor child,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF OKLAHOMA CITY ex rel. OKLAHOMA CITY POLICE DEPARTMENT; OFFICERS JOHN and/or JANE DOES of the OKLAHOMA CITY POLICE DEPARTMENT In their official and individual capacities; and MARY ELIZABETH IRENE, an individual,<br><br>　　　　Defendants. | Case No. CIV-2025-49-G |

## ANSWER OF DEFENDANT MARY ELIZABETH IRENE

COMES NOW, the Defendant, Mary Elizabeth Irene, appearing by and through her undersigned counsel of record, and for her Answer to Plaintiff's Petition states as follows. Defendant wholly denies every allegation made by Plaintiff in her Petition, unless specifically admitted below.

1.　　Paragraphs 1-4 of Plaintiff's Petition are not directed towards this Defendant and as such, require no answer. To the extent any answer is required, Defendant lacks sufficient information to admit and as such, denies.

2.　　Paragraphs 5-7 of Plaintiff's Petition constitute legal and factual conclusions that must be proven by Plaintiff. Defendant admits that she is a citizen of the State of Oklahoma.

1

3. Paragraphs 8-12 of Plaintiff's Petition are not directed towards this Defendant and as such, require no answer. To the extent any answer is required, Defendant lacks sufficient information on Plaintiff's OGTCA notice and as such, denies.

4. Paragraphs 13-54 of Plaintiff's Petition constitute legal and factual conclusions that must be proven by Plaintiff. The allegations further contain Plaintiff's own characterizations of events. Defendant denies.

5. Paragraphs 55-77 of Plaintiff's Petition constitute legal and factual conclusions that must be proven by Plaintiff. Defendants denies all allegations and specifically denies negligence, gross negligence, and negligence *per se*.

6. Paragraphs 78-114 of Plaintiff's Petition are not directed towards this Defendant and, as such, require no answer. To the extent any answer is required, Defendant lacks sufficient information and as such, denies.

7. Defendant denies the prayer for relief that follows.

## **AFFIRMATIVE DEFENSES**

Affirmative Defenses are pled by defense counsel based upon information currently known to counsel to preserve potentially applicable legal defenses on Defendant's behalf. Defendant reserves the right to withdraw affirmative defenses or add additional affirmative defenses as the facts of the case become better known through discovery.

I.

Defendant denies all allegations of negligence, gross negligence, and negligence *per se*.

II.

Defendant denies causing the alleged injuries and damages to Plaintiff.

III.

Defendant denies the alleged extent of Plaintiff's claimed injuries and damages.

IV.

Defendant maintains that Plaintiff has no evidence which could reasonably support a claim of punitive damages.

V.

Defendant asserts that Plaintiff failed to mitigate damages.

VI.

Defendant asserts the incident may have been the result of a sudden emergency or unavoidable accident.

VII.

Defendant asserts Plaintiff's claims are subject to the limitation of damages in accordance with 23 O.S. §15 and 12 O.S. §3009.1.

VIII.

An award of punitive damages under the facts of this case would violate the Defendant's rights afforded by the Constitution of the State of Oklahoma and the United States Constitution. Further, such an award under the facts of this case would be inconsistent with established Oklahoma law. Accordingly, Plaintiff's claim for punitive damages should be dismissed as a matter of law.

WHEREFORE, having fully answered, Defendant prays that Plaintiff take nothing by way of this Petition, that she be dismissed with prejudice from this case, and for all other

additional relief the Court deems just and appropriate.

                                      Respectfully submitted,

                                      */s/ Michael Woodson*

                                      Michael Woodson, OBA No. 16347
                                      Chelsi Chaffin Bonano, OBA No. 34627
                                      DURBIN LARIMORE & BIALICK
                                      920 N. Harvey Ave.
                                      Oklahoma City OK 73102
                                      Phone:       405-235-9584
                                      Facsimile:   405-235-0551
                                      mwoodson@dlb.net
                                      cbonano@dlb.net
                                      ***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2025, I electronically transmitted the attached document to the Clerk of Court via the ECF System for filing. Based on the records currently on file, the following ECF registrants will receive a Notice of Electronic Filing:

Milly Daniels, OBA #31531
MD Law, PLLC
1435 N. Rockwell Avenue
Oklahoma City, OK 73127
T: 405-768-2570
milly@milldaniels.com
carmen@millydaniels.com
**ATTORNEY FOR PLAINTIFF**

Jeramy W. Jarman, OBA #20508
Katie Goff, OBA #32403
Assistant Municipal Counselors
200 N. Walker, 4th Floor
Oklahoma City, OK 73102
405-297-2451
jeramy.jarman@okc.gov
katie.goff@okc.gov
**ATTORNEYS FOR DEFENDANT OKC**

_____
For the Firm